**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICK E. MAHONEY, SR.,**

        **Plaintiff,**

-vs-                                        **Case No. 6:05-cv-741-Orl-31KRS**

**NOKIA, INC., and SPHERION ATLANTIC WORKFORCE LLC,**
        **Defendants.**
_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR RECONSIDERATION OF JANUARY 5, 2006, ORDER (Doc. No. 31)**
>
> **FILED:** January 6, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Plaintiff asks that I reconsider my order denying his motion for protective order as untimely. Plaintiff's arguments about timing under Rule 45(c) are unavailing. Rule 45(c) permits the person who is subject to the subpoena to serve written objections "within 14 days after service of the subpoena *or before the time specified for compliance if such time is less than 14 days after service* [emphasis added]." Further, it does not extend the time for filing a motion for a protective order under Fed. R. Civ. P. 26.

If Dr. Myers has not yet responded to the subpoena, she may assert applicable privileges in the manner required by Rule 45(d) when she does respond to the subpoena.

**DONE** and **ORDERED** in Orlando, Florida on January 10, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties