**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICK E. MAHONEY, SR.,**

        **Plaintiff,**

-vs-                                                      **Case No. 6:05-cv-741-Orl-31KRS**

**NOKIA, INC., and SPHERION ATLANTIC WORKFORCE LLC,**

        **Defendants.**
_____/

## ORDER

Plaintiff has filed a Rule 72(a) Appeal (Doc. 33) of Magistrate Judge Spaulding's Order (Doc. 32) denying Plaintiff's Motion for Reconsideration of her January 5, 2006 Order (Doc. 31). Defendant has filed a Response in opposition thereto (Doc. 34).

While the Court has some concern whether, under the circumstances, the subpoena allowed a reasonable time for compliance,[1] Judge Spaulding's ruling was not "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a). Accordingly, it is

**ORDERED** that Plaintiff's Appeal is DENIED. The Order of Magistrate Judge Spaulding denying reconsideration and confirming the denial of Plaintiff's Motion for Protective Order as Moot is AFFIRMED.

---

[1] The subpoena was served by mail on December 19, 2005, with a response date of January 3, 2006–a period of 15 days. Normally, a period of 15 days would be consonant with the 14 day objection period contemplated by Rule 45(c)(2)(B). Here, the holidays intervened and Plaintiff's counsel apparently relied on defense counsel's promise to provide supporting data in the interim, which was not forthcoming. However, Plaintiff had an opportunity to file his Rule 26 motion prior to the deadline, but failed to do so.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 25, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party